Donald L. Ridge (CA SBN 132171)
email: dridge@clarkhill.com
Ryan C. McKim (CA SBN 265941)
email: rmckim@clarkhill.com
**CLARK HILL, LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

David M. Kelly, (*pro hac vice* forthcoming*)*
email: david.kelly@kelly-ip.com
Jason M. Joyal, (CA SBN 251168)
email: jason.joyal@kelly-ip.com
**KELLY IP, LLP**
1300 19th Street, NW, Suite 300
Washington, DC 20036
Tel:  (202) 808-3570
Fax:  (202) 354-5232

*Attorneys for Plaintiff*
*The Travelers Indemnity Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation<br><br>Plaintiff,<br><br>v.<br><br>TRUMPET, INC., a California corporation<br><br>Defendant. | **Case No.** _____<br><br>**COMPLAINT FOR:**<br><br>**(1)TRADEMARK INFRINGEMENT [15 U.S.C. § 1114];**<br><br>**(2)FALSE DESIGNATION OF ORIGIN/UNFAIR COMPETITION [15 U.S.C. § 1125(a)];**<br><br>**(3)TRADEMARK DILUTION [15 U.S.C. 1125(c)];**<br><br>**(4)TRADEMARK CANCELLATION [15 U.S.C. § 1119];**<br><br>**(5)COMMON LAW TRADEMARK INFRINGEMENT;**<br><br>**(6)UNFAIR COMPETITION [Cal. Bus. & Prof. Code § 17200];**<br><br>**(7)TRADEMARK DILUTION [Cal. Bus. & Prof. Code § 14247]** |

1       **COMPLAINT**

2       Plaintiff The Travelers Indemnity Company ("Travelers") files this

3   Complaint against Defendant Trumpet, Inc. ("Defendant") and alleges as follows,

4   upon actual knowledge with respect to itself and its own acts, and upon

5   information and belief as to all other matters.

6       **NATURE OF THE CASE**

7       1.       This is an action for trademark infringement under 15 U.S.C. §

8   1114(1), trademark infringement and false designation of origin under 15 U.S.C. §

9   1125(a), trademark dilution under 15 U.S.C. § 1125(c), trademark cancellation

10  under 15 U.S.C. § 1119, unfair competition under California Business and

11  Professions Code § 17200, *et seq.*, trademark dilution under California Business

12  and Professions Code § 14247, *et seq.*, and common law trademark infringement

13  and unfair competition. Travelers' claims arise out of Defendant's infringement

14  and dilution of the famous and iconic Travelers umbrella logo ☂ that Travelers

15  and its predecessors in interest have used for more than 55 years in connection

16  with insurance and insurance-related products and services.

17      2.       Despite the fame of the Travelers umbrella logo, Defendant adopted

18  and is using a confusingly similar umbrella logo of its own to promote and sell its

19  insurance services. Moreover, despite multiple objections from Travelers,

20  Defendant continues to violate Travelers' rights to its famous umbrella logo by

21  using a confusingly similar umbrella logo. As detailed below, Defendant's use of

22  its umbrella logo is likely to cause confusion with and to dilute the famous

23  Travelers umbrella logo.

24      **THE PARTIES**

25      3.       Plaintiff The Travelers Indemnity Company is a corporation of the

26  State of Connecticut with a principal place of business at One Tower Square,

27  Hartford, Connecticut 06183.

28      4.       Defendant Trumpet, Inc. is a California corporation with a principal

1

place of business of 110 E. Wilshire Avenue, Suite 510, Fullerton, California 92832.

## JURISDICTION AND VENUE

5.     This action arises under the federal Trademark Act, 15 U.S.C. § 1051, *et seq*., and the related law of the State of California. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b). Because the parties are citizens of different states and the matter in controversy exceeds $75,000 exclusive of interest and costs, this Court also has jurisdiction under 28 U.S.C. § 1332. Further, this Court has supplemental jurisdiction over Travelers' state-law claims pursuant to 28 U.S.C. § 1367(a) because those claims are substantially related to Travelers' federal claims and arise out of the same operative facts.

6.     This Court has personal jurisdiction over Defendant and venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c) because Defendant is a resident of this District and has its principal place of business in this District, and a substantial part of the acts or omissions giving rise to the claims occurred and are occurring in this District. Venue is also proper because Defendant is subject to personal jurisdiction in this District.

## TRAVELERS, ITS INSURANCE PRODUCTS AND SERVICES, AND ITS FAMOUS UMBRELLA TRADEMARK

7.     Travelers has been in the insurance business for more than 160 years. It has long been one of the leading providers of a wide range of insurance and insurance-related products and services to businesses, government units, associations, and individuals in the United States.

8.     Travelers has long been one of the leading providers of a variety of insurance products and services to individuals, businesses, and organizations in the United States. Travelers is one of the top three writers of personal property and

casualty insurance through independent agents in the United States, and it is the largest writer of both commercial property insurance and workers compensation insurance in the United States. Opposer has approximately 30,000 employees and total assets of approximately $103 billion as of December 31, 2017.

9.     Travelers' products and services are sold in all 50 states through its independent agents and brokers, exclusive agents and brokers, direct marketing (including toll-free telephone numbers and Internet websites), and/or salaried employees. Travelers has more than 12,000 independent agents and brokers selling Travelers' insurance products and services in the United States, and has had a similar number of independent agents and brokers for many years. There are more than 1,000 independent agents and brokers in California that sell Travelers' insurance products and services. Travelers also has more than 300 employees in Los Angeles and surrounding areas, including in field offices in Los Angeles, Glendale, Diamond Bar, and Irvine.

10.     Travelers has been a Fortune 500 company from 1995-2018 and a Barron's 500 company from 2008-2018. Travelers is the only property and casualty insurance company included in the Dow Jones Industrial Average, which is the stock market index that tracks the performance of 30 of the largest corporations in America. Travelers has been a part of the Dow Jones Industrial Average since June 2009.

11.     For decades, Travelers has used the umbrella trademark shown below and variations thereof (collectively, the "Travelers Umbrella Mark") as its corporate logo and as a trademark for providing its insurance products and services, including the underwriting and issuing of property and casualty insurance and related products and services. The Travelers Umbrella Mark has been in continuous use for insurance services since as early as 1960 by Travelers and its predecessors-in-interest to the Travelers Umbrella Mark. Travelers uses the Travelers Umbrella Mark alone and together with its trademark TRAVELERS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

 

12.     Travelers also displays the Travelers Umbrella Mark in other colors, including in the colors white and gray, as shown below.

  

13.     In addition to its strong common law rights in the Travelers Umbrella Mark based on use of that mark since 1960, Travelers owns, among others, the following valid and subsisting United States trademark registrations for marks comprised of or containing the Travelers Umbrella Mark:

| Mark | Goods/Services |
|---|---|
| <br>Reg. No. 1161313<br>Reg. Date: 07-14-1981<br>App. Date: 12-19-1979<br>First Use: 1961 | Underwriting casualty, fire, marine and inland marine insurance services; fidelity, surety and guaranty bonding services; agency and brokerage services in connection with the preceding named services, and counseling in regard to accident prevention in Class 36 |
| <br>Reg. No. 3417048<br>Reg. Date: 04-29-2008<br>App. Date: 03-15-2007 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; insurance claims services and administration; insurance claims processing insurance claims adjusting; insurance agency and brokerage services, namely, |

| Mark | Goods/Services |
|------|----------------|
| First Use: 1961 | policyholder services and services to agents and brokers;  providing information in insurance matters risk management and risk management consultation in Class 36 |
| <br>Reg. No. 3417049<br>Reg. Date: 04-29-2008<br>App. Date: 03-15-2007<br>First Use: 1961 | Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; insurance claims services and administration; insurance claims processing; insurance claims adjusting; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters; risk management and risk management consultation in Class 36 |
| <br>Reg. No. 4554401<br>Reg. Date: 06-24-2014<br>App. Date: 04-15-2013<br>First Use: 02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
| <br>Reg. No. 4554402<br>Reg. Date: 06-24-2014<br>App. Date: 04-15-2013<br>First Use: 02-21-2010 | Downloadable software in the nature of a mobile application providing users with the ability to collect, view, manage, store, and transmit auto accident information including voice recordings and images, generate and transmit accident reports, obtain auto accident guidance, use mapping features to locate and contact vehicle and travel related services, and providing policyholders with the ability to file automobile insurance claims, find agents, and find automobile repair shops in Class 9. |
| <br>Reg. No. 3494647<br>Reg. Date: 09-02-2008<br>App. Date: 04-02-2007<br>First Use: 02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and |

| Mark | Goods/Services |
|------|----------------|
| | machinery, and reinsurance; claims adjustment in the field of insurance;  insurance claims processing and administration; risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; electronic processing of insurance claims; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| **TRAVELERS** <br><br> Reg. No. 3494648<br>Reg. Date: 09-02-2008<br>App. Date: 04-02-2007<br>First Use: 02-27-2007 | Promoting the sale of goods and/or services of others through the development and distribution of printed material; direct mail marketing services for others in the field of insurance; business counseling in regard to cost management; employment rehabilitation services, namely, medical cost control management, business consultation in the field of workers' compensation, employee benefits and employment return-to-work placement services in Class 35<br><br>Insurance underwriting services in the fields of property and casualty, fire, allied lines, farmowners multiple peril, homeowners multiple peril, commercial multiple peril, ocean marine, inland marine, earthquake, workers' compensation, other liability, product liability, private passenger auto liability, commercial auto liability, auto physical damage, fidelity, surety, burglary and theft, boiler and machinery, and reinsurance; claims adjustment in the field of insurance, insurance claims processing and administration, risk control and loss prevention consultation; risk control and loss prevention services, namely, risk management; insurance claims and; insurance agency and brokerage services, namely, policyholder services and services to agents and brokers; providing information in insurance matters in Class 36<br><br>Educational services, namely, providing training programs in the field of insurance in Class 41<br><br>Providing on-line non-downloadable software in the field of insurance in Class 42 |
| **TRAVELERS** <br><br> Reg. No. 3991520<br>Reg. Date: 07-12-2011<br>App. Date: 07-06-2009<br>First Use: 02-27-2007 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance, providing a website with information and resources in the field of |

| Mark | Goods/Services |
|---|---|
| | insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
|  Reg. No. 3991521<br>Reg. Date: 07-12-2011<br>App. Date: 07-06-2009<br>First Use: 02-27-2007 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, identity fraud reimbursement, kidnap and ransom, excess and surplus, personal lines, personal auto, homeowners, high valued homeowners, dwelling fire, boat/yacht, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
|  Reg. No. 4085572<br>Reg. Date: 01-17-2012<br>App. Date: 07-06-2009<br>First Use: 12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
|  Reg. No. 4085573<br>Reg. Date: 01-17-2012<br>App. Date: 07-06-2009<br>First Use: 12-31-1961 | Insurance underwriting services in the fields of property and casualty, commercial lines, farm, auto commercial, boiler and machinery, commercial multi peril, liability, inland marine, fidelity, surety, crime, workers compensation, property, personal lines, personal auto, homeowners, boat/yacht, dwelling fire, identity fraud reimbursement, kidnap and ransom, excess and surplus, high valued homeowners, personal articles floater, wedding insurance, and reinsurance; insurance claims administration; insurance claims processing; insurance claims adjusting; insurance agency services; providing information in the field of insurance; providing a website with information and resources in the field of insurance; and insurance and insurance-related services in the nature of loss prevention and risk control management for others in Class 36 |
|  Reg. No. 4566720<br>Reg. Date: 07-15-2014<br>App. Date: 05-15-2013<br>First Use: 11-13-2012 | Sanitizing preparations, namely, hand sanitizers in Class 5<br><br>Mouse pads; and protective cases and stands for electronic devices, namely, tablets, MP3 players, and cell phones in Class 9<br><br>Flashlights in Class 11<br><br>Lunch bags made of textile; note pads; padfolios; pens; pencils; and notebooks in Class 16 |

| Mark | Goods/Services |
|------|----------------|
| | Picture and photograph frames in Class 20<br><br>Lanyards for holding badges in Class 22<br><br>Textile tablecloths in Class 24 |
| **TRAVELERS**<br><br>Reg. No. 4649396<br>Reg. Date: 12-02-2014<br>App. Date: 02-11-2010<br>First Use: 2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36. |
| **TRAVELERS**<br><br>Reg. No. 4649397<br>Reg. Date: 12-02-2014<br>App. Date: 02-11-2010<br>First Use: 2007 | Financial services, namely, preloaded debit card services for payment of insurance claims in Class 36 |

Printouts of the details of these registrations are attached as **Exhibit A**.

14.     The registrations listed above constitute *prima facie* evidence of Travelers' ownership of and exclusive rights to use the Travelers Umbrella Mark in connection with the services recited in the registrations. Moreover, U.S. Reg. Nos. 1,161,313; 3,417,048; 3,417,049; 3,494,647; and 3,494,648 are incontestable and constitute conclusive evidence of Travelers' ownership of and exclusive rights to use the Travelers Umbrella Mark in connection with the services recited in those registrations.

15.     Travelers has established considerable and valuable trademark rights and goodwill in the Travelers Umbrella Mark by virtue of the long use and registration of that trademark, the substantial promotional and marketing efforts in connection with that trademark and the expenditure of vast sums for such activities, the substantial sales of products and services offered in connection with that trademark, and third-party acclaim and attention.

8

16.    Revenues generated from products and services sold in connection with the Travelers Umbrella Mark over the years have been substantial, including revenues exceeding $200 billion since 2010 alone. Travelers also earned many billions of dollars in revenue under the Travelers Umbrella Mark prior to 2010.

17.    Travelers has spent many millions of dollars over the years advertising and promoting its products and services throughout the United States under the Travelers Umbrella Mark in various media and forms (e.g., television, magazines, newspapers, websites, and sponsorships), including tens of millions of dollars annually for many years.

18.    Travelers has for many years engaged in extensive television advertising prominently featuring the Travelers Umbrella Mark to promote its insurance and insurance-related products and services, as shown in the examples below. Travelers' television advertisements prominently featuring the Travelers Umbrella Mark have for years appeared on major national television networks and cable television networks (e.g., ESPN), including during various prime-time television shows, feature films on television, news broadcasts, documentaries, and professional sporting events watched by millions. Between 2011 through November 2018 alone, Travelers' commercials, all of which prominently displayed the Travelers Umbrella Mark, were broadcast 106,759 times in the U.S., with more than 22 *billion* total impressions (i.e., the number of times the commercial is viewed) during that time period.











19.     Travelers has also engaged for years in extensive online advertising prominently featuring the Travelers Umbrella Mark to promote its insurance and insurance-related products and services. Travelers prominently displays its Travelers Umbrella Mark on its own websites, including http://www.travelers.com, on its social media pages (e.g., Facebook, Twitter, YouTube, LinkedIn), and through significant advertising on third-party websites.

20.     Travelers also displays the Travelers Umbrella Mark on all of its printed marketing materials, including on its insurance policies and consumer communications (e.g., invoices, notices, claims communications, insurance cards)

as shown in the examples below, exposing countless consumers to the Travelers

Umbrella Mark.



21.    Additionally, Travelers has prominently displayed the Travelers

Umbrella Mark in various public displays, including as part of a unique, interactive

"red umbrella" exhibit.  This exhibit has been displayed at the U.S. Patent and

Trademark Office's National Trademark Exposition along with other well-known

brands such as Microsoft, Mattel, and NASCAR, and at the Minneapolis-St. Paul

11

and Bradley (Connecticut) international airports, as shown in the examples below.

 

22.     The Travelers Umbrella Mark has also been prominently used in connection with high-profile sponsorships for years. For example, since 2007, Travelers has been the title sponsor of the PGA TOUR's annual *Travelers Championship* golf tournament. Through this sponsorship, millions of people are exposed to the Travelers Umbrella Mark, as it is prominently featured throughout the week-long tournament, including as the tournament's logo; on tee markers, caddy bibs, hospitality tents, and a winner's jacket; and as an immensely-popular floating umbrella-shaped green, as shown in the examples below.

  

 

23.     Travelers has also for years been a sponsor of University of Connecticut ("UConn") athletics, including UConn's NCAA Division I football

and basketball teams. The UConn women's basketball program is one of the most successful Division 1 programs in the country, winning a record 11 national championships. The UConn men's basketball team has also been very successful, having won four national championships over the years. The Travelers logo prominently appears at UConn sporting events, including at the football, baseball, and hockey stadiums and arenas as shown in the examples below. These uses of the Travelers Logo are visible not only to the fans attending these sporting events but also to the countless fans watching these events on television and through internet streaming.

 

 



13

24.     For many years, Travelers has also been a sponsor of the New York City Ballet ("NYCB"). Performing out of the famed Lincoln Center in New York City, the NYCB is one of the foremost dance companies in the world, with a roster of extraordinary dancers and an unparalleled repertory. Among other uses in connection with the NYCB, the Travelers Logo is prominently displayed on the NYCB home page, in the NYCB theater, including a permanent display, and in NYCB advertisements, as shown in the examples below.








25.     In addition, the Travelers Umbrella Mark has for many years received

14

extensive unsolicited media attention nationwide, including in many national, regional and local newspapers, blogs, websites, press releases, and trade journals, among other outlets. Among the countless articles that have been written about Travelers and its insurance and insurance-related products and services, many have specifically recognized the fame of the Travelers Umbrella Mark by referring to it as "famous," an "icon of instant recognition," "iconic," or a "signature" logo, among other superlatives. Such unsolicited media attention of the Travelers Logo has occurred in leading publications read or viewed by millions of people, including *The New York Times*, *The Wall Street Journal*, and *Adweek*, to name a few as shown in the examples below.

| DATE | AUTHOR, ARTICLE TITLE, PUBLICATION NAME, EXCERPT |
|---|---|
| 05-24-1997 | David Gonzalez, "Criticism Never Rains But It Pours," *The New York Times,* "As corporate logos go, **the red Travelers umbrella ranks with *icons* of instant recognition** like Prudential's rock or Disney's mouse ears. 'It's a beautiful device,' said Tom De Vito, a retired ad man. **'The minute you see the red umbrella, you say Travelers.'**" |
| 09-30-1997 | Allan Sloan, "Buffet's Decision About Salomon Proves Everyone Makes Mistakes," *The Washington Post,* "Consider, if you will, last week's announcement of a $ 9 billion takeover of Salomon Brothers Inc., the giant investment banking house, by Travelers Group Inc., a financial conglomerate *best known* **for its red umbrella logo**." |
| 06-21-2009 | *Business Wire*, "2009 Travelers Championship Swings into Action," **"[T]he company's *famous logo*, the red umbrella, which is infused throughout the branding** of the tournament…." |
| 12-04-2009 | B. Garcia, "Insurers Learn the Art of the Deal," *The Miami Herald*, "At the Affordable Art Fair in Manhattan, also sponsored by Travelers, the insurer runs a packing station so buyers can ship their new artwork home, wrapped and sealed with packing tape **emblazoned with the Travelers' *signature* red umbrella logo**." |
| 07-16-2010 | S. McClellan, "100 Mil. Travelers Biz Goes to MediaCom," *Adweek*, "**Travelers, whose *iconic* red umbrella logo appears in much of its advertising…."** |
| 10-12-2011 | *Business Wire*, "Travelers Red Umbrella to be Featured at the National Trademark Expo October 14-15," **"Travelers will showcase its *iconic* red umbrella …."** |

| DATE | AUTHOR, ARTICLE TITLE, PUBLICATION NAME, EXCERPT |
|---|---|
| 11-16-2011 | Scott Maxwell, "A school where many people care: Fern Creek," *The Orlando Sentinel*, "They are big companies such as Macy's, SeaWorld and **Travelers Insurance**, a company that not only stroked a five-figure check, but also **donated some of the company's** *signature* **big red umbrellas** for students to use on rainy days." |
| 10-29-2012 | Caterina Pontoriero, "Designing Fine Forms: Insurance Headquarters," *Property and Casualty 360*, "The 525,000-square-foot, 17-story office building features a sign **with the Travelers name and its** *signature* **red umbrella**—a symbol of the insurer's mission to anticipate challenges and shelter its customers from loss." |
| 08-28-2016 | Natasha Singer, "Jay Fishman, 63; Led Travelers During Financial Crisis," *The New York Times*, "By investing its insurance premiums in more stable vehicles, like fixed-income securities, he helped make **Travelers, known for its** *signature* **red umbrella logo**, a high-performing financial company." |
| 06-17-2018 | Chris Brodeur, "If You're Going," *The Hartford Courant*, "All the standard handheld fare is offered, headlined by a signature burger that has **the** *iconic* **red Travelers umbrella** stamped into its bun." |

26.     The renown of the Travelers Umbrella Mark also has been recognized in a number of books about brands. For example, the book *America's Greatest Brands* (2009) states: "[f]ew promotional images are as iconic as the Travelers red umbrella." And I*conic America: A Roller Coaster Ride Through the Eye-Popping Panorama of American Pop Culture* by Tommy Hilfiger (2011) says "[t]he red TRAVELERS umbrella is one of the great American business icons. . . ." The Travelers Logo appears in these publications alongside other household brands such as NASCAR, CAMPBELLS, NFL, SUBWAY, and others.

27.     As a result of Travelers' long and extensive use of the Travelers Umbrella Mark, and the significant sales, promotion, advertising, third-party acclaim, and commercial success under the mark, the Travelers Umbrella Mark has achieved such widespread public exposure and recognition that it possesses a high degree of distinctiveness and has been well known and famous among the general consuming public of the United States for many years.

1

2

**DEFENDANT'S INFRINGEMENT AND DILUTION OF**

**THE FAMOUS TRAVELERS UMBRELLA MARK**

3     28.    According to its website at www.trumpet.com, Defendant is an

4  insurance agency and brokerage that "offers a wide range of [insurance] coverage"

5  to individuals and businesses.  Defendant's property and casualty insurance

6  offerings include personal, auto, and business insurance. Defendant is registered to

7  do business and/or offers its insurance services to clients in the State of California.

8     29.    In marketing, advertising, promoting, and selling its insurance

9  services, Defendant has used and uses the umbrella logo shown below (the

10  "Infringing Trumpet Umbrella").

11

12



13

14



15

16

17     30.    Defendant prominently uses the Infringing Trumpet Umbrella on its

18  website at www.trumpet.com, including as the website's favicon and as the header

19  on every page of the website, and on social media to promote its insurance services

20  as shown in the examples below.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







31.    Defendant obtained a federal trademark registration for the Infringing Trumpet Umbrella (Reg. No. 4983086) on June 21, 2016 for "insurance agency and brokerage; insurance consultancy; providing information in insurance matters"

1  in Class 36 ("Defendant's Registration"). Defendant claimed a date of first use of

2  the Infringing Trumpet Umbrella of October 31, 2012, which is well after

3  Travelers' established prior rights in the Travelers Umbrella Mark.

4      32.    Defendant used and uses the Infringing Trumpet Umbrella as an

5  attention-getting device to identify, advertise, promote, and sell its insurance

6  services, including its property and casualty insurance services.

7      33.    Defendant's use of the Infringing Trumpet Umbrella detailed above

8  falsely suggests and is likely to create the mistaken impression that Defendant is a

9  part of Travelers, that Travelers sponsors or endorses Defendant or Defendant's

10  insurance products and services, that Defendant is a Travelers agent or otherwise

11  affiliated with or connected with Travelers or Travelers' products and services,

12  and/or that Travelers underwrites Defendant's insurance products and services.

**TRAVELERS' OBJECTIONS TO**

**<u>DEFENDANT'S WRONGFUL CONDUCT</u>**

15      34.    On January 25, 2018, Travelers objected to Defendant's use of the

16  Infringing Trumpet Umbrella, including on Defendant's website, social media

17  pages, and other promotional materials. Travelers also objected to Defendant's

18  Registration and requested that Defendant  voluntarily cancel the registration. In

19  response, Defendant replaced the Infringing Trumpet Umbrella on its website with

20  the revised logo shown below. Travelers acknowledged Trumpet's removal of the

21  Infringing Trumpet Umbrella on March 8, 2018.



25      35.    Shortly after receiving Travelers' March 8, 2018 letter, on or around

26  March 12, 2018, Defendant removed the revised logo shown above from

27  Defendant's website and reverted back to the Infringing Trumpet Umbrella.

36.     On multiple occasions between March 12, 2018 and May 2018, Travelers repeated its requests to Defendant that it cease using the Infringing Trumpet Umbrella  and voluntarily cancel Defendant's Registration. Defendant did not respond to these objections and, on October 5, 2018, Travelers filed a Petition for Cancellation of Defendant's Registration (Proceeding No. 92069739) with the United States Patent and Trademark Office Trademark Trial and Appeal Board ("TTAB"), which remains pending.

37.     Despite Travelers' repeated objections, and filing of the Petition for Cancellation, Defendant has refused to cease use of its Infringing Trumpet Umbrella or to voluntarily cancel Defendant's Registration, and continues to infringe and dilute the Travelers Umbrella Mark.

38.     At the time Defendant selected, adopted, began use of, and applied to register the Infringing Trumpet Umbrella, Defendant had actual and constructive knowledge of Travelers' prior use of the famous Travelers Umbrella Mark for its insurance products and services. By commencing use despite such knowledge, Defendant did so in bad faith to take advantage of the tremendous reputation and goodwill of Travelers and Travelers' famous and well-known Travelers Umbrella Mark.

39.     Defendant's continued use, advertisement, promotion, offering, and rendering of insurance services under the Infringing Trumpet Umbrella demonstrate that Defendant willfully intended to trade upon the goodwill of Travelers and the Travelers Umbrella Mark and/or recklessly disregarded Travelers' rights.

## **INJURY TO TRAVELERS AND THE PUBLIC**

40.     Defendant's actions described above with respect to the Infringing Trumpet Umbrella have damaged and irreparably injured and, if permitted to continue, will further damage and irreparably injure Travelers, the Travelers Umbrella Mark, and Travelers' reputation and goodwill associated with the

Travelers Umbrella Mark. Defendant's actions also damage the public's interest in being free from confusion as to the source, sponsorship, and/or affiliation of Defendant's services.

41.     Defendant's use of the Infringing Trumpet Umbrella is likely to cause confusion, mistake, or deception as to the source or origin of Defendant's services and commercial activities, and is likely to falsely suggest a sponsorship, connection, license, or association of Defendant and/or its services with Travelers and/or Travelers' services.

42.     Defendant's use of the Infringing Trumpet Umbrella is likely to dilute the distinctiveness of the famous Travelers Umbrella Mark.

43.     Defendant was aware of Travelers' prior rights in the famous Travelers Umbrella Mark before adopting, registering, and using the Infringing Trumpet Umbrella, and thus Defendant has acted willfully with respect to Travelers' prior trademark rights.

44.     Travelers has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF

### Trademark Infringement Under Section 32(a)

### of the Lanham Act, 15 U.S.C. § 1114(a)

45.     Travelers repeats and realleges each and every allegation set forth above.

46.     Without Travelers' consent, Defendant used and continues to use in commerce the Infringing Trumpet Umbrella as described above, which is a reproduction, copy, and/or colorable imitation of Travelers' registered Travelers Umbrella Mark, as described above, in connection with the offering, sale, and advertising of Defendant's insurance services, which is likely to cause confusion, or to cause mistake, or to deceive, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

47.     The actions of Defendant described above have at all times relevant to

1  this action been willful.

2      48.    As a direct and proximate result of the actions of Defendant as alleged

3  above, Travelers has been and will continue to be damaged and irreparably

4  harmed.

5      49.    Travelers has no adequate remedy at law.

6                        **SECOND CLAIM FOR RELIEF**

7          **Trademark Infringement, False Designation of Origin,**

8          **and Unfair Competition Under Section 43(a)(1)(A) of the**

9              **<u>Lanham Act, 15 U.S.C. § 1125(a)(1)(A)</u>**

10     50.    Travelers repeats and realleges each and every allegation set forth

11  above.

12     51.    Defendant's use of the Infringing Trumpet Umbrella, as described

13  above, is likely to cause confusion, mistake, or deception as to the origin,

14  sponsorship, or approval of Defendant's services and commercial activities, and

15  thus constitutes trademark infringement, false designation of origin, and unfair

16  competition with respect to the Travelers Umbrella Mark, in violation of Section

17  43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

18     52.    The actions of Defendant described above have at all times relevant to

19  this action been willful.

20     53.    As a direct and proximate result of the actions of Defendant as alleged

21  above, Travelers has been and will continue to be damaged and irreparably

22  harmed.

23     54.    Travelers has no adequate remedy at law.

24                        **THIRD CLAIM FOR RELIEF**

25              **Trademark Dilution Under Section**

26              **<u>43(c) of the Lanham Act, 15 U.S.C. § 1125(c)</u>**

27     55.    Travelers repeats and realleges each and every allegation set forth

28  above.

23

56.     Based at least on the distinctiveness of the Travelers Umbrella Mark; the duration and extent of use of this trademark; the commercial success under this trademark; the duration and extent of advertising featuring this trademark and the vast sums of money expended on such activities; the geographic area in which Travelers has sold and advertised products and services under or featuring this trademark; the degree of public recognition and unsolicited media attention of the Travelers Umbrella Mark; and the federal registrations of this trademark, the Travelers Umbrella Mark has become famous, as that term is used in Section 43(c) of the Lanham Act, and has been famous for many years.

57.     Defendant's actions described above, all occurring after the Travelers Umbrella Mark became famous, are likely to dilute the famous Travelers Umbrella Mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

58.     The actions of Defendant described above have at all times relevant to this action been willful.

59.     As a direct and proximate result of the actions of Defendant as alleged above, Travelers has been and will continue to be damaged and irreparably harmed.

60.     Travelers has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### Trademark Cancellation Under Section 37
### of the Lanham Act, 15 U.S.C. § 1119

61.     Travelers repeats and realleges each and every allegation set forth above.

62.     Defendant is the listed owner of Registration No. 4983086 for the Infringing Trumpet Umbrella. which issued on June 21, 2016 and covers "Insurance agency and brokerage; Insurance consultancy; Providing information in insurance matters" in Class 36.

63.     Travelers used the Travelers Umbrella Mark in commerce in

1  connection with its insurance products and services before Defendant's filing date

2  for the application that matured into Registration No. 4983086, before Defendant's

3  October 31, 2012 claimed date of first use, and before any date of first use that

4  Defendant may prove.

5        64.    The services identified in Defendant's Registration are identical

6  and/or closely related to the services registered, offered, and sold by Travelers

7  under its Travelers Umbrella Mark.

8        65.    On October 5, 2018, Travelers filed a Petition for Cancellation of

9  Defendant's Registration with the TTAB asserting claims for likelihood of

10  confusion and dilution under Section 2(d) of the Lanham Act, 15 U.S.C. § 1052

11  and Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), respectively. That

12  proceeding remains pending at the TTAB.

13        66.    Accordingly, pursuant to Section 2(d) of the Lanham Act, 15 U.S.C. §

14  1052, Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and Section 14 of the

15  Lanham Act, 15 U.S.C. § 1064, Defendant is not entitled to Registration No.

16  4983086 and this registration should be cancelled.

17  **FIFTH CLAIM FOR RELIEF**

18  **Common Law Trademark Infringement, Unfair**

19  **Competition, and Misappropriation**

20        67.    Travelers repeats and realleges each and every allegation set forth

21  above.

22        68.    Defendant's actions described above constitute common law

23  trademark infringement, unfair competition, and misappropriation of Travelers'

24  goodwill under the common law of California.

25        69.    The actions of Defendant described above have at all times relevant to

26  this action been willful, and constitutes oppression, fraud, or malice within the

27  meaning of Cal. Civ. Code § 3294.

28        70.    As a direct and proximate result of the actions of Defendant alleged

1    above, Travelers has been and will continue to be damaged and irreparably

2    harmed.

3         71.    Travelers has no adequate remedy at law.

4    **SIXTH CLAIM FOR RELIEF**

5    **Unfair Competition Under**

6    **California Business and Professions Code § 17200, et seq.**

7         72.    Travelers repeats and realleges each and every allegation set forth

8    above.

9         73.    California Business and Professions Code § 17200, *et seq.* prohibits

10   unfair competition in the form of any unlawful, unfair, or fraudulent business acts

11   or practices.

12        74.    Defendant's use of the Infringing Trumpet Umbrella, as described

13   above, constitutes conduct that is unlawful, unfair, and fraudulent in violation of

14   the California Business and Professions Code § 17200, *et seq.*

15        75.    This conduct is "unlawful" because it violates the Lanham Act and the

16   common law of the State of California, as described above.

17        76.    This conduct is "unfair" and "fraudulent" in that it is likely to deceive

18   customers into believing that Travelers endorses, supported, sponsors, approved,

19   authorizes, and/or underwrites Defendant's insurance products and services when

20   Travelers does not, and/or that Defendant is otherwise affiliated with or connected

21   with Travelers or Travelers' products and services, when it is not.

22        77.    The actions of Defendant described above have at all times relevant to

23   this action been willful and, upon information and belief, Defendant intends to

24   continue its unlawful, unfair, and fraudulent activities unless restrained by this

25   Court.

26        78.    As a direct and proximate result of the actions of Defendant as alleged

27   above, Defendant has caused and is causing actual harm to Travelers, including the

28   loss of money and property, such as, for example, the cost of litigating Travelers'

1   Petition for Cancellation. In addition, as a direct and proximate result of the actions

2   of Defendant as alleged above, Travelers has been and will continue to be

3   irreparably harmed.

4        79.   Travelers has no adequate remedy at law.

5   **SEVENTH CLAIM FOR RELIEF**

6   **Trademark Dilution Under**

7   **California Business and Professions Code § 14247, et seq.**

8        80.   Travelers repeats and realleges each and every allegation set forth

9   above.

10        81.   Based at least on the distinctiveness of the Travelers Umbrella Mark;

11   the duration and extent of use of this trademark; the commercial success under this

12   trademark; the duration and extent of advertising featuring this trademark and the

13   vast sums of money expended on such activities; the geographic area in which

14   Travelers has sold and advertised products and services under or featuring this

15   trademark; the degree of public recognition of the Travelers Umbrella Mark; and

16   the federal registrations of this trademark, the Travelers Umbrella Mark has

17   become famous in California, as that term is used in California Business and

18   Professions Code § 14247, and has been famous in California for many years.

19        82.   Defendant's actions described above, all occurring after the Travelers

20   Umbrella Mark became famous, are likely to dilute the famous Travelers Umbrella

21   Mark in violation of California Business and Professions Code § 14247, *et seq.*

22        83.   The actions of Defendant described above have at all times relevant to

23   this action been willful.

24        84.   As a direct and proximate result of the actions of Defendant as alleged

25   above, Travelers has been and will continue to be damaged and irreparably

26   harmed.

27        85.   Travelers has no adequate remedy at law.

28

## **PRAYER FOR RELIEF**

WHEREFORE, Travelers prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief including, but not limited to, the following:

A.　An Order declaring that Defendant's use of the Infringing Trumpet Umbrella infringes the Travelers Umbrella Mark, is likely to dilute the Travelers Umbrella Mark, and constitutes unfair competition and unfair trade practices under federal and/or state law, as detailed above;

B.　An injunction permanently enjoining Defendant and its employees, officers, directors, principals, parents, subsidiaries, affiliates, related companies, and all persons in active concert or participation with any of them:

1.　From using, displaying, and registering the Infringing Trumpet Umbrella in any form, including but not limited to in connection with any other wording or designs, and from using any other marks, logos, designs, images, designations, or indicators that are confusingly similar to any Travelers Umbrella Mark, or likely to dilute the distinctiveness of the Travelers Umbrella Mark, in any unauthorized manner including, but not limited to, use on or in connection with any products or services in any online or offline context, including without limitation Defendant's insurance services, Defendant's website(s), any other websites or online platforms including social media and apps, promotional and advertising materials, signage, and insurance policies;

2.　From representing by any means whatsoever, directly or indirectly, that Defendant, any products or services offered by Defendant, or any activities undertaken by Defendant, are associated or connected in any way with Travelers, including, but not limited to, using the Infringing Trumpet Umbrella or confusingly similar designs, images, logos, icons, or marks; and

3.     Instructing, assisting, aiding, or abetting any other person or business entity in engaging or in performing any of the activities referred to in subparagraphs B.1 through B.2 above.

C.     An Order directing Defendant to immediately destroy or permanently remove, as applicable, the Infringing Trumpet Umbrella from all websites (including but not limited to Defendant's www.trumpet.com website), third-party websites (including but not limited to Defendant's social media pages on Facebook, LinkedIn, and any other social media platforms), advertising, promotional materials, television commercials, videos, signage, posters, displays, brochures, catalogs, newsletters, manuals, forms, stationery, promotional merchandise, print materials (including but not limited to insurance policies), and any other materials and things that bear or display the Infringing Trumpet Umbrella or any other designs, images, logos, icons, or marks that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

D.     An Order directing Defendant to immediately cancel all placements of any advertisements and listings, including directory listings, in any media or format bearing or displaying the Infringing Trumpet Umbrella or any other designs, images, logos, icons, or marks that are confusingly similar to or likely to dilute the Travelers Umbrella Mark;

E.     An Order directing Defendant to file with this Court and serve on Travelers' attorneys, within thirty (30) days after the date of entry of any injunction, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the injunction;

F.     An Order requiring Defendant to account for and pay to Travelers any and all profits arising from the foregoing acts of infringement, false designation of origin, dilution, and unfair competition, and increasing such profits for payment to Travelers in accordance with 15 U.S.C. § 1117 and other applicable statutes and laws;

1       G.    An Order requiring Defendant to pay Travelers compensatory

2   damages in an amount as yet undetermined caused by the foregoing acts of

3   infringement, false designation of origin, dilution, and unfair competition, and

4   trebling such compensatory damages for payment to Travelers in accordance with

5   15 U.S.C. § 1117 and other applicable statutes and laws;

6       H.    An Order requiring Defendant to pay Travelers compensatory

7   damages in an amount as yet undetermined caused by the foregoing acts of unfair

8   competition and unfair trade practices under Cal. Bus. & Prof. Code. § 17206;

9       I.    An Order requiring Defendant to pay Travelers punitive damages in

10  an amount as yet undetermined caused by the foregoing acts of Defendants under

11  Cal. Bus. & Prof. Code. § 14250 and other applicable statutes and laws;

12      J.    An Order requiring Defendant to pay Travelers' costs and attorney's

13  fees in this action pursuant to 15 U.S.C. § 1117, and other applicable statutes and

14  laws, including California Code of Civil Procedure § 1021.5 and Cal. Bus. & Prof.

15  Code. § 14250;

16      K.    An Order awarding Travelers disgorgement and restitution pursuant to

17  Cal. Bus. & Prof. Code § 17203;

18      L.    An Order directing the United States Patent and Trademark Office and

19  its Director to cancel Registration No. 4983086; and

20      M.    Other relief as the Court may deem appropriate.

21

22  Dated:  May 29, 2019        **CLARK HILL, LLP**

23      By: */s/*_____

24      Donald L. Ridge
    Ryan C. McKim

25      -and-

26      **KELLY IP, LLP**

27      David M. Kelly

28      Jason M. Joyal

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for Plaintiff
The Travelers Indemnity Company